CARLOS FUENTES, SBN 219317
LAW OFFICE OF CARLOS FUENTES
655 W. 19th Street, Suite 1
Merced, California 95340
Telephone (209) 383-2997
Facsimile (209) 383-2361

RUBEN A. VILLALOBOS  SBN 197677
LAW OFFICE OF RUBEN A. VILLALOBOS
900 "G" Street, Suite 300
Modesto, California 95354
Telephone (209) 529-1112
Facsimile (209) 529-1116

Attorneys for RAFAEL CARDENAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>vs.<br><br>RAFAEL CARDENAS,<br><br>    Defendant. | No.  1:07-CR-00009<br><br>STIPULATION AND ORDER TO VACATE AND CONTINUE CURRENT MOTION TO SUPPRESS EVIDENCE FOR DEFENDANT RAFAEL CARDENAS |

IT IS HEREBY STIPULATED by and between defendant RAFAEL CARDENAS, through his attorneys, CARLOS FUENTES, and RUBEN A. VILLALOBOS, respectively, and plaintiff United States of America, through its counsel of record, Assistant United States Attorney KAREN A. ESCOBAR, stipulate and agree to the following:

1.      The presently scheduled due date for Motions to be filed, September 13, 2007 shall be vacated for the above defendant and be rescheduled for the above defendant to October 13, 2007, at 9:00 am, and have the motion hearing set for November 08, 2007 at 9:00 am.

1  2. The reason for the requested new motion/hearing date is that after receiving the audio tapes for enhancement and/or transcription we discovered the company needs additional time to get the request work done.  These tapes are crucial to the suppression motion where consent to search is alleged by the Government.  Effective assistance of counsel dictates all efforts to be undertaken to make these tapes audible given the Government has stated that their original tapes are of equal bad quality.  Undersigned counsel has conferred with experts and is needing more time because of the tapes having problems.  (Please see attached Exhibit 1: Letter from Fresno Transcription Service).

3. AUSA, Karen A. Escobar has been contacted regarding this issue and does not object to the requested time.

4. The parties stipulate that the time required by this continuance is necessary to the defense, and the time from the date of this stipulation to, and including, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to is U.S.C. § 3161 (h)(8)(A) and (B)(iv) and Local Code T-4, pertaining to continuity of defense counsel.

Dated:  September 05, 2007             /s/ Ruben A. Villalobos
                                       _____
                                       RUBEN A. VILLALOBOS
                                       Attorney at Law

Dated:  September 05, 2007             /s/ Karen A. Escobar
                                       _____
                                       KAREN A. ESCOBAR
                                       Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 13, 2007 at 9:00 am and October 19, 2007 at 9:00 am, hearing/ motion date be vacated and the new hearing dates on October 13, 2007 at 9:00 am, and November 08, 2007 at 9:00 am, for defendant, Rafael Cardenas. The Court finds that the ends of justice to be served by granting an extension to surrender outweigh and the best interests of the defendant to be able to enhance the audio tape so that we can hear the alleged consent.

DECLARATION OF RUBEN A. VILLALOBOS

I, RUBEN A. VILLALOBOS, hereby declare under penalty of perjury as follows:

1. Along with Carlos Fuentes, I am currently counsel for defendant Rafael Cardenas in the case of United States v. Rafael Cardenas., No. Cr 1-07-0009-LJO.

2. The motion to suppress evidence is currently scheduled for September 13, 2007, at 9:00 am and October 19, 2007 at 9:00 am.

3. This extension, to October 13, 2007, at 9:00 am, and November 08, 2007, at 9:00 am, will provide the time needed to get the audio tape enhanced so we can hear the alleged consent.

Dated: September 05, 2007                                /s/ Ruben A. Villalobos

_____
RUBEN A. VILLALOBOS
Attorney at Law

IT IS SO ORDERED.

**Dated:   September 13, 2007**                    **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE