McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:07-CR-0009 LJO |
| Plaintiff, ) | |
| v. ) | ORDER |
| CANDY MORRIS, ) | |
| Defendant. ) | |

   Having read and considered the parties' stipulation to continue the date of the sentencing in this matter,

   IT IS THE ORDER of the Court that the current sentencing of January 18, 2008, will be vacated and reset for February 15, 2008, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   January 15, 2008**          /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

1