```
 1 | McGREGOR W. SCOTT
   | United States Attorney
 2 | KAREN A. ESCOBAR
   | Assistant U.S. Attorney
 3 | 2500 Tulare Street, Suite 4401
   | Fresno, California  93721
 4 | Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:07CR0009 LJO |
|---|---|---|
|  | ) |  |
|  | ) | STIPULATION RE: CONTINUANCE |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
|  | ) |  |
| CANDY MORRIS, | ) |  |
|  | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

Defendant CANDY MORRIS, by and through her attorney, KATHERINE L. HART, and the United States of America, by and through its attorneys, McGREGOR W. SCOTT, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

  a. The parties to the above-captioned matter agree to vacate the defendant's February 15, 2008, sentencing date and reset the matter for March 21, 2008, at 9 a.m. to allow the defendant to effectuate the terms of her plea agreement.

////

```
DATED: February 14, 2008            Respectfully submitted,
                                    McGREGOR W. SCOTT
                                    United States Attorney

                                      By /s/ Karen A. Escobar
                                    KAREN A. ESCOBAR
                                    Assistant U.S. Attorney

DATED: February 12, 2008            /s/Katherine L. Hart
                                    KATHERINE L. HART
                                    Attorney for Defendant
                                    CANDY MORRIS
```

IT IS SO ORDERED.

**Dated:   February 14, 2008**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

2