1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone:  (559) 497-4000

5

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  1:07-CR-0009 LJO
                                        )
12                  Plaintiff,          )
                                        )
13       v.                             )        ORDER
                                        )
14                                      )
    CANDY MORRIS,                       )
15                                      )
                    Defendant.          )
16  _____)

17

18       Having read and considered the parties' stipulation to

19  continue the filing date of the sentencing in this matter,

20       Good cause exists, and the current sentencing of March 21,

21  2008, will be vacated and reset for April 25, 2008, at 9:00 a.m.

22  IT IS SO ORDERED.

23  **Dated:    March 14, 2008**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE
24

25

26

27

28

                                  1