KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant CANDY MORRIS

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-F-07-0009 LJO |
| Plaintiff, ) ) | STIPULATION AND REQUEST FOR ORDER TO CONTINUE SENTENCING FROM APRIL 25, 2008 at 9:00 am to MAY 30, 2008 at 9:00 am |
| v. ) | New Date: May 30, 2008<br>Time: 9:00 a.m.<br>Dept: LJO |
| CANDY MORRIS, et al. ) | |
| Defendant. ) | |

IT is hereby stipulated between counsel for the government and counsel for Defendant that the sentencing date previously set for April 25, 2008 at 9:00 a.m. be re-set to May 30, 2008 at 9:00 a.m., as AUSA Karen Escobar is not available on Friday, April 25, 2008 and as the sentencing needs to follow the disposition of codefendants' case.

DATE: April 24, 2008          /s/ Katherine Hart
                              KATHERINE HART

1

DATED: April 24, 2008        /s/   Karen Escobar
                             KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY

ORDER

Good cause exists for the requested continuance based on the stipulation between counsel, and specifically due to counsel illness, it is hereby ordered that the sentencing date in the case of United States v. Candy Morris, Case No. CR-F-07-0009 LJO be continued from April 28, 2008 to May 30, 2008 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   April 24, 2008**        /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

2