KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant CANDY MORRIS

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CV-F-07-0009 LJO |
| Plaintiff, ) | STIPULATION AND REQUEST FOR ORDER TO CONTINUE SENTENCING FROM JULY 3, 2008 at 9:00 am to AUGUST 8, 2008 at 9:00 am |
| v. ) | New Date: August 8, 2008 Time: 9:00 a.m. Dept: LJO |
| CANDY MORRIS, et al. ) | |
| Defendant. ) | |

IT is hereby stipulated between counsel for the government and counsel for Defendant that the sentencing date previously set for July 3, 2008 at 9:00 a.m. be re-set to August 8, 2008, as  the sentencing needs to follow the disposition of codefendants' case to achieve sentencing goals.

DATE: June 30, 2008           /s/ Katherine Hart
                              KATHERINE HART

DATED: June 30, 2008          /s/  Karen Escobar
                              KAREN  ESCOBAR, ASSISTANT  UNITED STATES ATTORNEY

1

| | |
|---|---|
| 1 | |
| 2 | ORDER |

Based on the stipulation between counsel, and for good cause existing, it is hereby ordered that the sentencing date in the case of United States v. Candy Morris, Case No. CR-F-07-0009 LJO be continued from July 3, 2008 to August 8, 2008 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   July 1, 2008              /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE